### MILLS cont^a SISE

John Mills Administrato^r to the Estate of Iohn Fuller dece^d plaint. cont^a Christopher Sise Defend^t in an action of debt of thirty two pounds money due to the s^d Fuller by bill under the hand of s^d Sise dated. 4th novemb^r 1678. with interest and damages: . . . The Iury . . . found for the plaint. thirty two pounds Fourteen Shillings six pence in money and costs of Court.  [ 616 ]

### WHETCOMBE cont^a TOWNSEND

James Whetcombe Merch^t plaint. cont^a Peter Townsend Defend^t in an action of the case for the Forfiture of his bond of two hundred pounds money under his hand and Seale bearing date. 21° December. 1677. by his non performance of Covenants unto which the s^d bond doth relate as thereby shall appeare with due damages: . . . The Iury . . . found for the plaint. Forfiture of the bond two hundred pounds in money and costs of Court.

### WHETCOMBE cont^a ELLIS &c^a

James Whetcombe plaint. cont^a Henry Ellis and Roger Rose of Boston Marriners or either of them Defend^ts in an action of the case for witholding from this plaint. the Summe of Forty Six pounds being the penalty forfited by the s^d Ellis and Rose by not paying the Summe of twenty three pounds money before or upon the first day of October last as shall appear by bill under the hands and Seales of s^d Ellis and Rose, with due damages. . . . The Iury . . . found for the plaint. thirteen pounds Fifteen Shillings money and costs of Court one pound three Shillings